UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOSE ALONSO GARCIA                                                                                       PLAINTIFF

v.                                              No. 2:20-CV-02165

OFFICER MADDOX
*Sebastian County Detention Center*                                                                     DEFENDANT

**ORDER**

The Court has received a report and recommendation (Doc. 37) from Chief United States Magistrate Judge Mark E. Ford. Plaintiff filed objections (Doc. 38). The Magistrate recommends that Defendant's motion (Doc. 18) should be granted in part and denied in part. The Magistrate recommends Defendant's motion should be granted as to Plaintiff's retaliation claim and denied as to Plaintiff's excessive force claim. The Court has reviewed the report and recommendation and the record de novo in light of Plaintiff's objections and agrees with the Magistrate.

IT IS THEREFORE ORDERED that the report and recommendation (Doc. 37) is ADOPTED IN FULL. Plaintiff's excessive force claim against Defendant in his individual capacity remains for trial. Plaintiff's retaliation claim is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 24th day of January, 2022.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE